IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
APR 15 2008
CLERK ... ALEX... COURT

NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,

*Plaintiff*,

v.

STRATEGIC DOMAIN, INC.,

*Defendant*.

Civil Action No. 1:07cv1152 (TSE/BRP)

# FINAL ORDER

THIS MATTER HAVING COME BEFORE THE COURT on the agreed settlement of the parties, it is hereby

*ORDERED*, *ADJUDGED*, and *DECREED* that this case is DISMISSED WITH PREJUDICE;

AND THIS CASE IS ENDED.

Date: April 15, 2008

Entered: ______________________
The Hon. T. S. Ellis III
United States District Judge
U.S. District Court
for the Eastern District of Virginia

**SEEN AND AGREED:**

John D. Wilburn (VSB No. 41141)
Anand V. Ramana (VSB No. 65852)
MCGUIREWOODS LLP
1750 Tysons Boulevard
Suite 1800, Tysons Corner
McLean, Virginia 22102

/s/
**T. S. Ellis, III**
**United States District Judge**

Tel: (703) 712-5000
Fax: (703) 712-5220
E-mail: jwilburn@mcguirewoods.com
aramana@mcguirewoods.com
*Attorneys for Plaintiff National Community Pharmacists Association*

R. Scott Caulkins, Esq. (Va. Bar No. 23584)
Sarah E. Moffett, Esq. (Va. Bar No. 72208)
**LECLAIRRYAN, P.C.**
225 Reinekers Lane
Suite 700
Alexandria, Virginia 22314
Tel: (703) 684-8007
Fax: (703) 647-5980
E-mail: scott.caulkins@leclairryan.com
sarah.moffett@leclairryan.com
*Attorneys for Defendant Strategic Domain, Inc.*